IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jenkins, Shirley A

Printed: 12/28/07

Case Number: 04 B 21082
Judge: Wedoff, Eugene R
Filed: 6/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 5, 2007
Confirmed: July 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 88,784.93 |  |
| Secured: |  | 28,058.41 |
| Unsecured: |  | 54,031.08 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,318.40 |
| Trustee Fee: |  | 4,576.49 |
| Other Funds: |  | 800.55 |
| Totals: | 88,784.93 | 88,784.93 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,318.40 | 1,318.40 |
| 2. | US Bank | Secured | 27,263.41 | 27,263.41 |
| 3. | US Bank | Secured | 795.00 | 795.00 |
| 4. | Retailers National Bank | Unsecured | 323.29 | 461.77 |
| 5. | RoundUp Funding LLC | Unsecured | 14,723.18 | 21,030.11 |
| 6. | Resurgent Capital Services | Unsecured | 427.27 | 610.30 |
| 7. | ECast Settlement Corp | Unsecured | 4,743.46 | 6,775.41 |
| 8. | Resurgent Capital Services | Unsecured | 2,337.45 | 3,338.74 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 644.09 | 920.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 8,491.99 | 12,129.68 |
| 11. | Capital One | Unsecured | 6,136.43 | 8,765.07 |
| 12. | Bottom Line | Unsecured |  | No Claim Filed |
| 13. | Barefoot Grass | Unsecured |  | No Claim Filed |
| 14. | AARP | Unsecured |  | No Claim Filed |
| 15. | Rush Presbyterian St Luke's Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 67,203.97 | $ 83,407.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 174.34 |
| 6.5% | 801.77 |
| 3% | 116.32 |
| 5.5% | 813.92 |
| 5% | 232.19 |
| 4.8% | 448.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jenkins, Shirley A | Case Number: 04 B 21082 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 12/28/07 | Filed: 6/2/04 |

          5.4%          1,989.09
                      _____
                      $ 4,576.49

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ signature_